

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-17-00175-CR |
| State, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| JESUS TABARES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140C13890) |
| | § | |

## **O R D E R**

The Court has this day considered the State' motion for a stay of trial court proceedings pursuant to Tex. Code Crim. Proc. Art. 44.01(e) and concludes the motion should be GRANTED. The Honorable Jesus Herrera shall therefore stay any further proceedings in cause number 20140C13890, styled *Jesus Tabares v. The State of Texas,* pending further order of this Court.

IT IS SO ORDERED this 28th day of July, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.